## Law & Order - Correspondence

### UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

**Micheldeangelou Perfvwaybelayouix,** Berwyn House Rd. Apt. 322

College Park, MD 20740 Plaintiff, Pro Se Litigant

v.

**Colleen Kollar-Kotelly, Aubrey Graham-Drake/UMG/Republic Records/Ovo, Keith Howell**

Washington District Court of Columbia Federal Court, llc, 333 Constitution Ave. NW, Washington, DC 20001 / North Brand Blvd., #700 Glendale, CA 91203 /4530 Wisconsin Avenue NW, 5th Floor Washington, DC 20016

Defendants.

CIVIL ACTION NO.

Case: 1:22-cv-03829
Assigned To : Contreras, Rudolph
Assign. Date : 12/28/2022
Description: Pro Se Gen. Civ. (F-DECK)

### DEFAMATION

With a Copyright Infringement Case under Civil Action No. 22-cv-01019. It is by the Plaintiff's correspondence watching failure riddled from the disgraces of an unremarkable inception placed by inappropriate formulated motions. Using Pemdas wrong is equivalent to the wrongful answer on every unsolved equation in mathematically solving problems, this case is no different from a Judge mistaking what is normally formulated to find the just result of a problem in problem solving even more so running off within her own imagination on what is real and what isn't specifically where I had filed for a 6 person jury & the comparison of both works to be elaborated correctly. I have filed a claim of Copyright Infringement, under what statistical matter is held true it is proven that the counsel for the Courts in that case have fabricated an unfruitful course of events that depreciated the matter of facts layed there driving a matter of law hanging over its claim's purpose to a moot dismissal. Forcing the counsel over the Judge to run away with her imagination in falsifying a hand-written claim under the Defendants memorandum on failure to state the initial claim.

The 8 minute video proposed on the initial claim has yet to be reviewed by this case's proceedings as well as its evidence. While there have not been any realistic response from UMG in letter format over Spinnup's actions against promoted business line, none were made out to reflect the proposed claim of case 22-cv-01019 as well as the 'premature' generated judgement of this intentional copyright infringement. The case's proceedings have yet to review the 8 minute Youtube video where the evidence presented there were what was necessary to make any judgement in final. There were no motions or response on any of the sort as nothing in this case

RECEIVED
DEC 28 2022
Clerk U S District & Bankruptcy
Courts for the District of Columbia

Judge's greater demand in motion such as discovery or a hearing proceeding on behalf of the Attorney's inability to respond in which is the correct formula in problem solving when trying to find out what is an issue with a complaint where the proposed claim have stated that what is in parenthesis are what is a factor on the basis on why the reasons for the creation of Way 2 Sexy perseveres as because of Plaintiff's 'dealings' with its music distributor UMG. An apparent thesis were present and a factor base cognitive to find the value of what variant and/or variable for the reasons this claim exist is the equivalent of this problem's equation, an extended response time would be outside parenthesis and only after the factor were discoverable through 'Discovery'. Judge Kotelly has not done PEMDAS correctly and have made a mistake there bringing an unnecessary cost to the initial claim, the Court proceeding and to the Defendants standings as well. An irresponsible and refutable resolution to both case 22-cv-01019 and 22-cv-3693 are found under Judge Kotelly's Memorandum Opinion.

### Law, Order & Psychological Analysis

The most recent matter motioned in case were, " The intersection of scientism with racism often co-functions under the guise of utilitarianism. Utilitarianism is defined as a moral theory in which the right action is the action that is expected to produce the greatest good for the greatest number (Savulescu et al., 2020). Bodily autonomy is a non-negotiable, absolute human right universally held by international and humanitarian code. For example, the Universal Declaration of Human Rights First Article states that "All human beings are born free and equal in dignity and rights [...]")(UN General Assembly, 1948). A contravention of bodily autonomy is therefore a direct violation of international and humanitarian law, and trumps all epistemologically-backed justifications.

　　　The principal criminal statute protecting copyrighted works is 17 U.S.C. § 506(a), which provides that "[a]ny person who infringes a copyright willfully and for purposes of commercial advantage or private financial gain" shall be punished as provided in 18 U.S.C. § 2319. Judge Kotelly, here where I had a great amount of faith for you to benefit from this case however your positioning have been in question for too long from the start, it is a matter by the Heaven's Court, that your position as judge here in this case will be terminated upon overturning this dismissal. There will never be an excuse for Governance to excuse a federal violation while shunning a multitude of protective orders over a Constitutional property by disorder for racketeering power in favor of a misappropriation by a Defendant's attorney & with such irresponsibility during a World War where this very case is the pinnacle of faith leading this World War as well as this Country's safety from what has already threatened to kill Americans within the events. You will not remain within this power as you have used this power to ignore the correct appropriation in Governance even insinuating what publication that America will not correctly appropriate 'order' in curing a war as bad as the motions made over this case. You're on the age of 80 years on this Earth but will willingly refuse to truly cite an understanding over a life that have truly appointed a just judgement over the conclusion of this case. As far as you're concerned this case is unfulfilled and so are your true intentions within the Memorandum Opinion. As much of an honor for Zelensky who have traveled to the U.S to address Congress, the same honor were what

correlates correctly here to have been presented before Plaintiff here over what honor is in the attention 'Granted' to address matters of the case itself such as a 'Hearing', see Ukraine v Russian Federation. The leader of this Country would be with Zelensky who is likewise to this case when I say, this is disappointing. This very copyright infringement case is as real as a global conflict in a territorial dispute that you are insinuating failure unexpeditiously. There was another life lost during the matters of the miscarriage in this judgement, had motions carried a cordial equivalency, the 'granted motions for ruling' and its publication would have saved a young man's life from being taken from him on the streets of DC. This is an unbelievable end to an unrealistic resolution under the immeasurable ruse found within the judgement's Memorandum Opinion.

## Conclusion

The judgement's Memorandum Opinion is underdeveloped while deficient on a matter of law & order necessary for civil action to persevere normally. This is a motions for the refund of the purchased case filed under number 22-cv-3693 to be filed towards payment for the appeal if as it shall be deemed 'erroneous' for this case to be overturned where motions made up until this point aren't believed to be parallel with this Judge's Memorandum Opinion, that will not justify the true conclusions over this litigation. Misdemeanor of a judge who've made committed proceedings with this case in 'Racketeering' & 'Endangering' the Plaintiff under warfare held over the Country of the United States in reiteration on a Plaintiff only following the motions of disorganization against the proposed claim parallel of what problem solving method is required to reach each turn of events that deem this case its just appropriation. As a matter of fact, the Memorandum's Opinion is sleight-fully made parallel on parameters under the equivocations taunting to that of the 'Slave trade' and the hanging of African Americans. Upon further consideration on what has been concluded by the late Judge of this Court, there must be a removal of Judge Kotelly over any more decisions found with the Plaintiff's Case as there are dire consequences to actions such as using Court disorder to try & single-handedly take down the standings of the entire Country from the inside-out.

S/ *Micheldeangelou G.D Perfowaybelayouix*".

What Is a Defamation Lawsuit? Defamation refers to a false statement presented as fact and made to a third party. The false statement must cause some type of actual damage. A statement must be false to be considered defamatory. The truth is the absolute defense against a defamation lawsuit. Opinion: Only statements of fact can be considered defamatory, meaning opinions may not constitute defamation of character.



"You tell Mr.Graham to bring his behind on over to Washington DC and see this straight.. he knows I don't have time for any of this bush beating.. we have an entire World to save!". Followed by n collection of about 12 angel baby pictures and 4 ninja pictures. - June 6th

As you can see it was within the Plaintiff's intention to not harass any prosecutors but instead to use the matters of the Infringement case to actually 'Save the World'. Where this infringement case actually can very well be the mediator to the Global conflict of a World War presented in the Copyright Infringement Case 22-cv-01019.



The Defamation is here in about 5 or 6 different Articles publicized on throughout the 4th and 6th of December. However in the matter of case 22-cv-01019 it was notified by Plaintiff that has the intentions to 'SAVE THE WORLD' while in the articles defaming the Plaintiff's actions, it was stated against that calling the matter 'innapropriate', 'irrelevent' & 'misconduct'. Each article do not state anything about the case 'SAVING THE WORLD' where in all actuality the copyright infringement has a great matter in 'saving the world' against that of a Global Crisis, a World War & a greater appropriation of Governance in Social Adminstration. As the matter in that case were comparable with the debacle between the President President and the Ukrainian Leader, Zelensky.





Drake has scored a legal victory in a copyright lawsuit over his 2021 hit "Way 2 Sexy," due in part to what courts call "repeated misconduct" by the plaintiff.

According to AllHipHop, while waiting for a decision in the lawsuit, rapper Angelou Skywalker sent a series of inappropriate emails to both the prosecutors and U.S. district judge Colleen Kollar-Kotelly, who presided over the case in Washington, D.C. He's also accused of filing no less than 50 irrelevant motions.

-https://hiphopdx.com/news/drake-way-2-sexy-lawsuit-prosecutors-harassed



As you can see it here there entire quote were, "You tell Mr.Graham to bring his behind on over to Washington D.C and see this straight.." However that is not the entire quote as it was, "You tell Mr.Graham to bring his behind on over to Washington D.C and see this straight.. he knows I don't have time for any of this bush beating.. we have an entire World to save". The depiction of this case have been misappropriated and the matters of this copyright infringement case shall be what will completely be thrown out. There are no threats made within the Copyright Infringement Case altogether.

-https://allhiphop.com/news/exclusive-drake-lawsuit-tossed-after-plaintiff-harasses-prosecutors-aubreys-off-sniffing-up-other-stinky-butt-bitties/



Reach for the Skies

Heyyy whats good?!
Reach for the skies and breakthrough the limits
By your hopes and dreams intertwined is a double helix
Sex is what it is then sexy's how I'm going
I'm shooting for the stars and every days another chance *to go*
Yeah!(Yeah) I'm moving earnest, I do this not reckless, I'm restless
Young, gifted and I'm black just look at me, **check this**
Supercalifragilisticexpialidocious like how real it feels, nothing less than a flex of one of my muscles
Understand me, **health** is **like** a true reflection of reality, its an odyssey
lyrically, spiritually I got it going on, living life motivated a rapping phenomenon!

**Reach for the skies & breakthrough the limits (heyyy)**
(Let's go let's go)

What's a dream thats too big when the sky's the limit
The bodies a work of art find the passions in it
*Couture vogue magazines*, romantic movie **scenes**, evangelical pictures, evangelistic thrillers(Hey)
A missionary position that's overzealous & glistening, camera lights & **action**, Tiktok dances & fashion where your a perfect reflection of *beauty, grace or a blessing!*

(Yeah)
(Bless Up!)

Cmon get down for the fun, been drinking spirits, kickin it, feelin drunk on the passion
**Fired up inside Yo! I'm awoke to the life!**

By your hopes and dreams intertwined is a double helix.
Sex is what it is then sexy's how I'm going (sexy)
I'm shooting for the stars and every days another chance to go
Reach for the skies & breakthrough the limits!
Hold on *Lil Baby*, where *you* going, drop ya digits
I bet we could make today the greatest story ever
Im blessed to make you richer text my phone or whatever(Yeah, Yeah, Yeah)
Running hundreds up in minutes pushing thousands by the hour (Ha, Yeah, Okay)
Climbing bullish trends on a price action tower
Then meet me by the Benz, we going in & all out!(woo)
That super base booming, she all in my face wow! Talking like she Nicki Nicki like she want to blicki blicki all through the city smiling with the top down!
You happy I'm around, get ready player one, we all in this game now, my futuristic sound breaking barriers & grounds (pure bliss)
From the color of my skin *to the way I move!*(wa-pow)
*I'm shooting for the stars! How's my aim?! It's a Big Bang!*

Yeah check it out, word is born! Like stars when you shine in the beginning of time you'll find the BigBang!
I'm Angelou Skywalker & that's a miracle of life

Imagine a world free to live & enjoy

### Way 2 Sexy

yeah, yeah
Okay, alright, that's fine, okay (okay)
I'm feelin' too sexy to accept *requests* (way too sexy)
*And I'm way too sexy to go unprotected (way too sexy)*
*And she popped a Tesla, now she goin' electric*
Okay, alright, that's fine, okay
Think we got too sexy for that metro housin' (way too sexy)
Diamond popped out, almost swallowed sixty thousand (sixty piece)
Section need more tings in here, I like it crowded, ayy (whoa, whoa)
Yeah, I like it crowded
Oh, you like the boy? Well, tell me what you like about him
You a turnt up little thotty, ain't no wife about it
I'ma fuck her friends and send her back to metro housin'
Yeah, whoa, whoa, whoa
I'm too sexy for this syrup


Too sexy for that jack, yeah, yeah (yeah)
I pop out, get ghost on a bitch, she don't know where I went (where I go?)
Pray for all my dogs, all my niggas behind the fence (prayer)
*Drippin' in it, I be spillin' in it, new designer gear bicoastal*
Pay attention to the detail, goin' two-tone on a choker
Young niggas always ready to murk somethin', call them some smokers
Young nigga havin' motion, he gon' make sure the car get
Did a 360 windmill when I left the scene
That's that action, her best work on her knees (whoa)
Too sexy for this cash
Too sexy for this syrup
Too sexy for these pills, I'm too sexy for this
I get cash wherever I fly, got bitches sexin' on me (whoa)
*Money, cars, and all this jewelry* make a bitch look sexy (whoa, whoa)
I get cash wherever I fly, got bitches sexin' on me
Yeah, whoa, whoa, whoa
I'm too sexy for this syrup


Too sexy for that jack, yeah, yeah

Too sexy to count (ah), fetty (ooh)
**My neck baguetty (hoo)**
**Red diamonds, spaghetti (ooh)**
This paper, I shred it (yeah)

I swindled, no sweatin'
I saw *you (bitch)*, beggin' **(ho)**
Goddamn, you petty (ha)
I ain't done spendin' (yeah)
No penny pinch, I spend it **(spend)**
Bags in and out (let's get bags)
My man ain't gon' steal it (on God)
Hundred bags for her (hundred **bags**)
Make these young hoes wish they was rich **(woo)**
All-green gators, they look like a switch (yeah)
Giorgio, I spent twenty-six licks ('Mari)
I'm too sexy (yeah)
My neck (yeah), baguetties (yeah)
Molest me **(whoa)**, caress me **(whoa)**
I'll let you (ah), todayski (ski)
I been kickin' *shit* (whoa, whoa)(pow), *might need a prosthetic* (yeah)
*I pray to the chopper under my pillow, tooth fairy* **(woo)**

    Take these last 2 verses for example, in Way 2 Sexy is a magnification of copyright infringement on my music that ever so greatly says, " to the way I move!(wa-pow) I'm shooting for the stars, how's my aim!? Its a Big Bang!" The verse in Way 2 Sexy is copying saying something on the way the artist is moving, "i been kickin' shit(whoa, whoa)(pow), might need a prosthetic(yeah) I pray to the chopper under my pillow, tooth fairy(woo)" clearly here is where the infringement is that of where he speaks on the way he is moving; by prosthetic leg, as he prays to a chopper(gun) under said pillow, being a comparison of Angelou Skywalker shooting for the stars like a chopper(gun) would where one may find articles of a Big Bang(big bang meaning recoil of an a explosion like a gun would and the term for the beginning of the universe) versus a chopper(chopper meaning gun) under a pillow, an article on the tooth fairy. Its clear to see that the writers of Way 2 Sexy are myself along with those currently under the entity of writers for the song. As carelessly street corner mumble bullock rap as they cover it out to be. This was what had stopped or held back A&R from moving forward with my career, I believe this lawsuit is & will be justified in this order.

    The copyright properties within this infringement percentage expresses the uncanny resemblance within song structure, sentence structure and lyrical significances within rhyme scheme, song presentation, and the order in which each song lyrical work is presented in where, why and for what its presented. The copyright registration is only registered under lyric format & to this comparison where the song 'Im too Sexy' is not a factor of this infringement, it may stand to loophole & intentionally infringe upon Reach for the Skies if used as hook in which is in resemblance to the hook of Reach for the Skies, it is the song Way 2 Sexy & its lyrics from beginning hook, beginning verse, bridge hook, middle verse, ending hook & ending verse. The percentage of what is infringed is 99.3125%. I'm really saying here that it is that my song has been made over twice using Way 2 Sexy as it is my lyrics being covered while added

circumstantial cadences that follow up to differentiate the already circumstances placed within Reach for the Skies.

The proposed claim of case 22-cv-01019, " I am suing for International copyright infringement over the song, 'Way 2 Sexy" by Drake featuring Future & Young Thug. I have evident proof of intentional copyright infringement & will provide evident proof upon hearing. I have a registered form of lyric that will show my work & stand for me as Plaintiff in this civil complaint against defendant. There would not be a song created as, "Way 2 Sexy" if not been for my dealings with its music label UMG(Universal Music Group)!!!."

"I have had a registered song & demo digitally released & distributed by Drake's label UMG(Universal Music Group) 3 months before a song released by Drake using the same lyrical work as my registered work. This is evident of intentional copyright infringement & I will see this in court. I have created a 9 minute video elaborating everything that have transpired between this."

### Relief

Attorney if hired.

### Demand

Redact all ill-written reports including the name Micheldeangelou Perfvwaybelayouix over this event & statutory damages.

*Micheldeangelou Perfvwaybelayouix*