Matthew J. Oppenheim (D.C. Bar No. 443698)
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
matt@oandzlaw.com

*Attorney for Defendants UMG Recordings, Inc., Republic Records, and Keith Howell*

### UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| **Micheldeangelou Perfvwaybelayouix**, Berwyn House Rd., Apt. 322 College Park, MD 20740     Plaintiff, <br><br> v. <br><br> **Colleen Kollar-Kotelly, Aubrey Graham-Drake/UMG/Republic Records/Ovo, Keith Howell** <br> Washington District Court of Columbia Federal Court, llc, 333 Constitution Ave. NW, Washington, DC 20001 / North Brand Blvd., #700 Glendale, CA 91203 / 4350 Wisconsin Avenue NW, Fifth Floor, Washington, DC 20016 <br>     Defendants. | CIVIL ACTION NO. 1:22-cv-03829-RC <br><br> **DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE** <br><br> (Document Electronically Filed) |

Defendants UMG Recordings, Inc., Republic Records, and Keith Howell submit this opposition to Plaintiff's "Motion to Strike for Nolle Prosequi," docketed May 9, 2023.[1] ECF No. 36. Plaintiff's motion to strike has no basis in law or fact, and it should be denied.

Federal Rule of Civil Procedure 12(f) provides that "[t]he court may strike from a ***pleading*** an insufficient defense or a redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f) (emphasis added). A pleading includes "a complaint, answer, reply to a counterclaim,

---

[1] Plaintiff's motion references "nolle prosequi," but that term refers to the power of a prosecutor to drop criminal charges and has no application in this civil case. *See United States v. Flynn*, 507 F. Supp. 3d 116, 127 (D.D.C. 2020).

1

answer to a cross-claim, third-party complaint, or third-party answer." *Nwachukwu v. Rooney*, 362 F. Supp. 2d 183, 189 (D.D.C. 2005). Defendants' Motion to Dismiss for Failure to State a Claim and for a Pre-Filing Injunction ("Motion to Dismiss") is not a pleading. *Coleman v. Silver*, 939 F. Supp. 2d 27, 28 (D.D.C. 2013) (holding "[a] motion to dismiss is not a 'pleading'" and denying *pro se* plaintiff's motion to strike on that basis). Therefore, "the plaintiff's motion to strike is improperly directed at defendants' [Motion to Dismiss]," and it should be denied. *Nwachukwu*, 362 F. Supp. at 190 (denying *pro se* plaintiff's motion to strike reply to motion to dismiss); *see also Coleman*, 939 F. Supp. at 28. Additionally, Plaintiff has not identified any "redundant, immaterial, impertinent, or scandalous matter" in Defendants' Motion to Dismiss, and his motion fails on that basis as well.

Additionally, Plaintiff's motion to strike seeks as relief "the redaction of all online purchases made against Plaintiff" and "for punitive damage in contempt of Court, possibility of jail up to 30 days, a statutory damage of 100,000$ [sic] awarded to Plaintiff, [and] remarks for reparation." ECF No. 36. As noted in Defendants' Motion to Dismiss, Plaintiff has failed to state any claim against Defendants, and thus he is not entitled to any relief. Additionally, the relief Plaintiff seeks—including jail time—is plainly beyond the scope of what even a meritorious defamation or civil copyright infringement claim would warrant, and in any event, any relief on Plaintiff's claims is premature at this stage.

Plaintiff's Motion to Strike is one of 14 baseless documents Plaintiff has filed since Defendants submitted their reply to the Motion to Dismiss on March 24, 2023. *See* ECF Nos. 24-39. Plaintiff's serial, irrelevant filings—which have flooded this Court's docket and required Defendants to respond to this baseless motion—further demonstrate the need for a pre-suit injunction to prevent further cost and harm to Defendants.

## **CONCLUSION**

For the reasons set forth above, Defendants respectfully request that the Court deny Plaintiff's motion to strike.

Dated: May 12, 2023

Respectfully submitted,

*/s/ Matthew J. Oppenheim*
Matthew J. Oppenheim (D.C. Bar No. 443698)
**OPPENHEIM + ZEBRAK, LLP**
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Phone: (202) 480-2999
matt@oandzlaw.com

*Attorney for Defendants UMG Recordings, Inc., Republic Records, and Keith Howell*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all parties via CM/ECF, and to Plaintiff via electronic mail and first class mail on May 12, 2023, at the following address:

Micheldeangelou Perfvwaybelayouix
4800 Berwyn House Rd. Apt. 322
College Park, MD 20740

Dated: May 12, 2023                     /s/ Matthew J. Oppenheim